# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-                                        **Case Number: 2:99-cr-54-FtM-34DNF**

**KOVI BERNARD ALLEN**

**USM Number: 33077-018**

Frank Zaremba, AFPD
1514 Broadway, Suite 301
Fort Myers, FL 33901

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to the violation charged in paragraph number(s) One through Sixteen of the Petition.  The defendant is adjudicated guilty of these violations:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Criminal Conduct, Count I: Possession of Marijuana under 20 Grams and Count II: Possession and or Use of Narcotic Equipment, occurring on March 5, 2007, while on supervision in violation of the conditions of supervision. | March 5, 2007 |
| Two | Travel outside the district without permission in violation of Condition One of the Standard Conditions of Supervision. | March 5, 2007 |
| Three | Positive urinalysis for Marijuana on March 12, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | March 12, 2007 |
| Four | Positive urinalysis for Marijuana on March 16, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | March 16, 2007 |
| Five | Positive urinalysis for Marijuana on March 21, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | March 21, 2007 |
| Six | Positive urinalysis for Marijuana on March 26, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | March 26, 2007 |
| Seven | Positive urinalysis for Marijuana on March 29, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | March 29, 2007 |
| Eight | Positive urinalysis for Marijuana on April 2, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | April 2, 2007 |
| Nine | Positive urinalysis for Marijuana on April 6, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | April 6, 2007 |
| Ten | Positive urinalysis for Marijuana on April 9, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | April 9, 2007 |

| Eleven | Positive urinalysis for Marijuana on April 12, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | April 12, 2007 |
| Twelve | Positive urinalysis for Marijuana on April 16, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | April 16, 2007 |
| Thirteen | Positive urinalysis for Marijuana on April 19, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | April 19, 2007 |
| Fourteen | Positive urinalysis for Marijuana on April 23, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | April 23, 2007 |
| Fifteen | Positive urinalysis for Marijuana on April 30, 2007, in violation of Condition Seven of the Standard Conditions of Supervision. | April 30, 2007 |
| Sixteen | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition Eleven of the Standard Conditions of Supervision. | March 12, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/2/2007

MARCIA MORALES HOWARD
UNITED STATES MAGISTRATE JUDGE

November _____,2007

KOVI BERNARD ALLEN
2:99-cr-54-FtM-34DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Time Served**.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

KOVI BERNARD ALLEN
2:99-cr-54-FtM-34DNF

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1.   The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.   The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.   The defendant shall support his or her dependents and meet other family responsibilities;

5.   The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.   The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7.   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.   The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.   The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10.   The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11.   The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

KOVI BERNARD ALLEN
2:99-cr-54-FtM-34DNF

12.     The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13.     As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

KOVI BERNARD ALLEN
2:99-cr-54-FtM-34DNF

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1.  The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this Court's directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2.  Defendant is required to participate in the electronic monitoring program under the direction of the Probation Office. Costs to be contributed by the defendant at the direction of the Probation Officer. Defendant shall comply with the following curfew: defendant must be in his residence between the hours of 9:00 p.m. - 7:00 a.m. The Probation Officer is authorized to modify defendant's curfew for work or school purposes.

3.  The defendant shall submit to a search of your person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

AO 245B (Rev. 6/05) Judgment in a Criminal Case